**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| Fares Kousiry,<br><br>Plaintiff,<br><br>v.<br><br>Humana, Inc.<br><br>Defendant. | Case No. |

**CLASS ACTION COMPLAINT AND REQUEST FOR A JURY TRIAL**

**INTRODUCTION**

1. Defendant Humana, Inc. has a documented pattern of making prerecorded calls to non-Humana customers without consent. Humana has made such illegal calls to hundreds of thousands of consumers. Humana knows that its practices and internal policies are at odds with the Telephone Consumer Protection Act ("TCPA"), yet the prerecorded spam calls continue.

2. Humana knowingly makes thousands of prerecorded calls without consent to wrong numbers and non-customers, despite knowing the phone numbers are wrong and often after being asked to stop calling.

3. Humana's internal policies are in direct conflict with TCPA compliance and instead encourage Humana's continued and repeated violations.

For example, even if Humana knows that a phone number is a wrong number and does not belong to a Humana customer, Humana's policies dictate that it continue calling the wrong number using a prerecorded voice.

4. Humana has called 407-396-0518—Plaintiff Fares Kousiry's cell phone number—at least 37 times.

5. On at least 13 of these calls, Humana played a recorded message or audio file.

6. Humana made these 13 calls to Kousiry after he had already told Humana multiple times that it had the wrong number and to stop calling.

7. Kousiry is not a Humana customer and has no account with Humana.

8. Humana has made prerecorded calls to thousands of others like Kousiry, in which the calls are to the wrong person and Humana has been told to stop calling.

9. Humana's calls are a harassment, nuisance, annoyance, and invasion of privacy to Kousiry and others like him.

10. Humana's TCPA violations are knowing and willful. Humana knows that making prerecorded calls to non-customers and without consent constitute invasions of people's privacy and violate the TCPA. Humana's policies support continued and repeated violations of the TCPA.

11. Due to Humana's continuing violations of the law, Kousiry brings this action for himself and for other similarly situated people in the United States for damages.

## JURISDICTION AND VENUE

12. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA, 47 U.S.C § 227, which is a federal statute.

13. This Court has personal jurisdiction over Defendant Humana because it conducts business transactions in this District, has targeted residents in this District, and has committed tortious acts in/from this District. For example, Humana targeted residents of this District with its illegal call campaign by knowingly calling their telephone numbers without their consent, and the numbers have area codes associated with counties in this District.

14. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the facts giving rise to this lawsuit and the wrongful conduct occurred in this District.

## PARTIES

15. Kousiry is a resident of Kissimmee, Florida.

16. Defendant Humana, Inc. is a Delaware Corporation with its principal place of business in Kentucky. Humana is registered to conduct business in the state of Florida.

## FACTUAL ALLEGATIONS

17. Kousiry is the subscriber of the cell phone number 407-396-0518. He has been the subscriber of 407-396-0518 for more than twenty years. Kousiry uses this number for personal use. He uses it at home and wherever he goes. The number is paid for by Kousiry, and he is the sole user of the number.

18. Kousiry is not now, and never has been, a customer or member of Humana.

19. Kousiry has never provided his phone number to Humana for any purpose, never had a relationship with Humana, and never gave permission for Humana to send any type of communication to his telephone number.

20. Kousiry does not have and has never had Medicare coverage.

21. Kousiry personally registered his number 407-396-0518 on the National Do Not Call Registry on February 12, 2024 to stop unwanted and unsolicited calls.

22. In 2025, Humana made at least 13 calls to 407-396-0518 in which Humana played a recorded message or audio file.

23. Humana made these 13 calls on May 13, 14, 20, 22, 28, and 29; June 3, 17, 24, 25, and 27; and July 1 and 3.

24. On all 13 calls, the recorded message or audio file that Humana played had the exact same length, intonation, pauses, and voice, and said the exact same thing:

> Hi, I'm calling from Humana Care Management. We're trying to get in touch with you to complete a requirement of your Medicare plan. You can complete this online by going to Humana.com/survey or please call us back at 1-866-868-5092 or TTY711 Monday through Friday from 9.30 a.m. to 5.15 p.m. Eastern Standard Time. We will try to reach you again soon.[1]

25. This transcription is from a recorded message or audio file that Humana plays, or causes to be played, on calls.

26. Humana made all 13 calls from 866-868-5092.

27. The number 866-868-5092 is used by Humana.

28. Between May 2, 2025 to May 8, 2025, Humana called and spoke with Kousiry multiple times. On these calls, Kousiry told Humana it was calling the wrong person and to stop calling. Despite this, Humana continued to call Kousiry.

---

[1] The recording is accessible here.

29. Humana continues to make tens of thousands of prerecorded calls to other non-customers of Humana, none of whom consented to receive the calls.

30. Humana's calls to Kousiry did not have an emergency purpose.

31. Humana has a database(s) that documents and logs the results of all calls.

32. Humana also has a database(s) that stores notes and additional information from Humana employees relating to the calls. These notes include information regarding wrong numbers and non-customers called, as well as stop requests.

33. For years, consumers have complained about Humana's illegal calling practices. Such complaints are well documented and publicly available online and on PACER.

34. Humana's calls have annoyed and invaded the privacy of Kousiry and the class members, intruded upon their seclusion, and negatively impacted their enjoyment and use of their phones.

## LEGAL STANDARD

35. **Prerecorded Calls.** Under the TCPA, an automatic, artificial, or prerecorded voice call to a cellular telephone service is unlawful other than a call made for emergency purposes or made with the prior express consent of the called

party. TCPA, 47 U.S.C. § 227(b)(1)(A); *see Facebook, Inc. v. Duguid*, 592 U.S. 395 (2021).

## CLASS ACTION ALLEGATIONS

36. Pursuant to Federal Rules of Civil Procedure 23(b)(3), Kousiry brings this action on behalf of himself, and a class of persons similarly situated.

37. Kousiry proposes the following class:

> **The Prerecorded Voice Class**. All persons in the United States (1) to whom Humana initiated, or caused to be initiated, a call (2) directed to telephone number assigned to a cellular telephone service, but not assigned to a customer or account holder of Humana, (3) in connection with which Humana used, or caused to be used, an artificial or prerecorded voice, (4) within the four years from the filing of this action through the date of class certification.

38. The Class likely exceeds 10,000 members.

39. As a result, joinder is impracticable.

40. On information and belief, last year Humana made more than one million calls that played a recorded message or audio file.

41. Humana has records with annotations, notes, codes, or similar designation that indicate Humana called the wrong number or wrong person.

42. In the last four years, Humana has made calls that played a recorded message or audio file to people who told Humana—whether before, during, or after the call—that it was calling the wrong person.

43. Questions of law and fact common to the class include whether Humana initiated the calls, whether the calls used a prerecorded or artificial voice, whether the calls were to cellular telephones, whether Humana had consent to initiate the calls, and whether the calls were made knowingly and willfully.

44. Kousiry's claims are typical of the class because they arise out of the same conduct by Humana (prerecorded calls to non-account holders) and are based on the same legal theory under the TCPA (prerecorded calls without consent).

45. Kousiry is an adequate representative because his interests do not conflict with the class, and he will fairly represent the interest of the class. Plaintiff's counsel also has no conflict and is experienced in TCPA class actions.

46. The questions common to the class predominate over individualized questions.

47. A class is superior to individual suits because it saves judicial resources, promotes consistency and efficiency, provides a forum for small claimants, and deters illegal activities. Class members prosecuting separate actions is unlikely because of the time and expense required. Damages are statutory and straightforward. Notice can be provided by mail or other means. There is no difficulty in managing this case as a class.

## FIRST CAUSE OF ACTION
**Violations of 47 U.S.C. § 227(b) & 47 C.F.R. 64.1200(a)**
**(On Behalf of Plaintiff and the Prerecorded Voice Class)**

48. Humana violated 47 U.S.C. § 227(b)(1)(A)(iii) by initiating, or causing to be initiated, calls using a prerecorded or artificial voice without prior express consent and without an emergency purpose when calling Kousiry and members of the Prerecorded Voice Class.

49. Kousiry and members of the Prerecorded Voice Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3)(B).

50. Because Humana knowingly and willfully violated 47 C.F.R. 64.1200(a), the Court should treble the $500.00 per-call award to $1,500.00 in statutory damages for each violation pursuant to 47 U.S.C. § 227(b)(3)(B)-(C).

## RELIEF REQUESTED

Plaintiff respectfully requests that the Court grant Plaintiff and all class members the

following relief against Humana.

A. Certification of the proposed class;
B. Appointment of Fares Kousiry as class representative;
C. Appointment of The HQ Firm, P.C. as lead counsel for the class;
D. An award of damages to Kousiry and class members, as allowed by law;
E. An award of fees, costs, and interest, as allowed by law; and

F. Orders granting such other relief as the Court deems necessary, just, and proper.

**JURY DEMAND**

Plaintiff requests a jury trial as to all claims of the Complaint so triable.

DATED August 28, 2025

Respectfully submitted,

*/s/ Brittany Clark*
Brittany Clark, *Pro Hac Vice*
South Carolina Bar No. 100573
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
385-440-4122
brittany.clark@thehqfirm.com

*Lead Counsel for Plaintiff*