**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:26-CV-00231-RGJ-CHL**

**FARES KOUSIRY,**                                                                                     **Plaintiff,**

**v.**

**HUMANA INC.,**                                                                                     **Defendant.**

**ORDER**

The undersigned held a telephonic status conference in this matter on May 19, 2026. Participating were the following:

FOR PLAINTIFF:          James S. Wertheim

FOR DEFENDANT:          Juels White; Besma Fakhri

The undersigned conducted this status conference to discuss the Rule 26(f) Report filed by the Parties.  (DN 57.)  The Parties also discussed the pending Motion to Stay filed in this matter. (DN 50.)  In the Motion to Stay, Defendant asks the Court to stay this case pending the Court's resolution on a pending motion to consolidate in another case styled as *Elliot v. Humana, Inc.*, No. 3:22-cv-00329-RGJ-CHL.  Plaintiff opposes Defendant's Motion to Stay.  (DN 56.)  However, Plaintiff did not oppose waiting for the Court to rule on the pending Motion to Stay first before entering a schedule.  Therefore, the Court will instruct the Parties to file a joint status report sixty days following the conference to update the Court as to the status of their case.

2

Accordingly,

IT IS HEREBY ORDERED that no later than **July 17, 2026**, the Parties shall file a joint

status report advising the Court as to the status of this matter.

May 26, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

0|10

2